1

2

Attorneys for Velma Lee

3

4

5

6

7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                          )    Case Specific Number  06-0132CRB
                                            )
IN RE: BEXTRA AND CELEBREX                  )
14  MARKETING SALES PRACTICES AND           )    **MDL NO. 1699**
PRODUCT LIABILITY LITIGATION                )    **District Judge:  Charles R. Breyer**
15                                          )
                                            )
16                                          )
                                            )
Velma Lee,                                  )
17                                          )    **STIPULATION AND ORDER OF**
                                            )    **DISMISSAL WITH PREJUDICE**
            Plaintiff,                      )
18                                          )
                                            )
        vs.                                 )
19                                          )
                                            )
Pfizer, Inc., et al.                        )
20                                          )
            Defendants.                     )

21

22

        Come now the Plaintiff, (VELMA LEE), and Defendants, by and through the
23
undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24
stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'
25
fees and costs.
26

        DATED: June 2, 2009        By:
27
                                       WILLIAM L. WALLER, SR.
28                                     Waller & Waller, Attorneys at Law
                                       220 South President Street (39201)

                                      -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Post Office Box 4
Jackson, Mississippi 39205-0004
Telephone: (601) 354-5252
*Attorneys for Plaintiff, Velma Lee*

DATED: July 8 , 2009          By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: July 10, 2009          _____

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**